MATTYDALE SHOPPING CENTER, INC., Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 29991.)

Argued March 4, 1952; decided April 17, 1952.

*Martin Lippman, Emanuel Greenberg* and *William Jay Lippman* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*John R. Davison* and *Wendell P. Brown* of counsel), for respondent.

Judgment of the Appellate Division reversed, and that of the Court of Claims affirmed, with costs in this court and in the Appellate Division, upon the ground that the finding of the Court of Claims in respect of the value of the appropriated property is in accordance with the weight of the evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.